[No. 15714-4-II.   Division Two.   January 31, 1994.]

ALLEN K. CHERRY, ET AL, *Appellants*, v. TRUCK INSURANCE EXCHANGE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-2-00553-3, Don L. McCulloch, J., entered December 23, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 12683-8-III.   Division Three.   February 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT WILLIAMSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50071-9, Albert J. Yencopal, J., entered September 1, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Schultheis, JJ.

[No. 12826-1-III.   Division Three.   February 1, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY D. GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50195-2, Dennis D. Yule, J., entered October 27, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Sweeney and Schultheis, JJ.